# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-3253
LT Case No. 2021-CF-8211

_____

MICHAEL J. PATTERSON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark J. Borello, Judge.

Matthew J. Metz, Public Defender, and Tatiana Raevsky,
Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Amanda A.
Uwaibi, Assistant Attorney General, Tallahassee, for Appellee.

July 2, 2024

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., and LAMBERT and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____